Abran Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 City Parkway, Suite 1750
Las Vegas, Nevada  89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
Email: vigila@ballardspahr.com
Email: demareel@ballardspahr.com

*Attorneys for Plaintiff*
*JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>WILLISTON INVESTMENT GROUP, LLC, a Nevada limited liability company; HERITAGE ESTATES HOMEOWNERS' ASSOCIATION; MARTHA WHALIN, an individual; and SCOTT WHALIN, an individual.<br><br>Defendants. | CASE NO.:  2:16-CV-02874-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT HERITAGE ESTATES HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS**<br><br>**(First Request)** |

Defendant Heritage Estates Homeowners' Association ("Heritage") filed a Motion to Dismiss on January 5, 2017 (DKT. 9).  Plaintiff JPMorgan Chase Bank, N..A.'s ("Chase") response to Heritage's Motion to Dismiss currently is due January 19, 2017.  Chase and Heritage stipulate and agree that Chase has up to and including February 2, 2017 to respond to Heritage's Motion to Dismiss.  This is the first request for an extension.  The requested extension will provide Plaintiff's counsel with sufficient time to respond to Heritage's Motion to Dismiss given their current scheduling constraints.

. . .

DMWEST #14605427 v1

1  The parties make this stipulation in good faith and not for purposes of delay.

2  Dated: January 11, 2017

3  BALLARD SPAHR LLP                            LIPSON, NEILSON, COLE, SELTZER, GARIN P.C..

5  By: /s/ Lindsay Demaree                      By: /s/ Julie A. Funai
   Abran E. Vigil                               J. William Ebert
6  Nevada Bar No. 7548                          Nevada Bar No. 2697
   Lindsay Demaree                              Julie A. Funai
7  Nevada Bar No. 11949                         Nevada Bar No. 8725
   100 North City Parkway, Suite 1750           9900 Covington Cross Drive, Suite 120
8  Las Vegas, Nevada 89106                      Las Vegas, Nevada 89144

9  *Attorneys for Plaintiff*                    *Attorneys for Defendant Heritage*
   *JPMorgan Chase Bank, N.A.*                  *Estates Homeowners' Association*

**ORDER**

IT IS SO ORDERED:

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: January 12, 2017