Abran E. Vigil
Nevada Bar No. 7548
Maria A. Gall
Nevada Bar No. 14200
Lindsay Demaree
Nevada Bar No. 11949
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>WILLISTON INVESTMENT GROUP, LLC, a Nevada limited liability company; HERITAGE ESTATES HOMEOWNERS' ASSOCIATION; MARTHA WHALIN, an individual; and SCOTT WHALIN, an individual.<br><br>Defendants. | CASE NO.: 2:16-CV-02874-JCM-GWF<br><br>AMENDED JUDGMENT |

WHEREAS on August 1, 2017 (ECF No. 32) and October 4, 2017 (ECF No. 37), the Court entered orders that dismissed all claims against all defendants,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That plaintiff JPMorgan Chase Bank, N.A.'s complaint is dismissed in its entirety;

2. That judgment is entered in favor of defendants Williston Investment Group, LLC, Heritage Estates Homeowners' Association, Martha Whalin, and Scott

DMWEST #14605427 v1

Whalin; and,

3. That this judgment adjudicates all the claims and all the parties' rights and responsibilities.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 17, 2017

BALLARD SPAHR LLP
100 N. CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070